IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No.  4:10CR3093 |
| CHRISTY MARIE RASMUSSEN, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Request to File A Restricted Motion, filing 46.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.1, the Clerk shall file Defendant's Motion for Variance and Motion to Continue Brief Deadline restricted.

IT IS FURTHER ORDERED that said Motion be made available to case participants only.

Dated this 29th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge