IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>CHRISTY MARIE RASMUSSEN,<br><br>   Defendant. | 4:10CR3093<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 81), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at The Unity House, Hastings, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the Unity House facility, **in addition to any additional conditions and restrictions they place upon her.** If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The Marshal shall release the defendant to a representative of Unity House on or before 9:00 a.m. on August 19, 2014 for transport directly to Unity House.

4) The defendant shall appear at her revocation hearing scheduled for October 8, 2014 at 12:00 p.m. (noon)

August 18, 2014.                                BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge